Michael Herzog, SBA: 005892
**THE HERZOG LAW FIRM, P.C.**
14350 N. 87th Street, Suite 180
Scottsdale, Arizona 85260
Telephone: 480-264-0842
Facsimile: 480-422-9008
Email: mh@herzogfirm.com

Stuart Goldstein, SBA: 005132
**LAW OFFICES OF STUART GOLDSTEIN**
2700 North Third Street, Suite 2010
Phoenix, Arizona 85004
Telephone: 602-279-1666
Facsimile: 602-285-1907
Email: stugoldstn@aol.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DONALD E. EVERETT and CYNTHIA EVERETT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>TINA M. JOHNSON and JOHN DOE JOHNSON, wife and husband; UNITED STATES POSTAL SERVICE; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No: 2:11-cv-00317-FJM<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**(Federal Tort Claim)** |

TO THE CLERK OF THE COURT:

     Plaintiffs Donald and Cynthia Everett, by and through their attorneys undersigned and pursuant to Rule 41(a)(i), Federal Rules of Civil Procedure, hereby voluntarily dismiss this action without prejudice as to all Defendants because less than six months have elapsed from the date that the federal agency involved in this case received an administrative tort claim.

     The United States Postal Service received the tort claim in this matter on or about January 2, 2011. Pursuant to 28 U.S.C. §2675(a), Plaintiffs needed to allow the agency six months from receipt of that claim to make a determination on the claim before suit

could be brought in District Court.   If the agency denies the claim, Plaintiffs must file suit within six months after the date of mailing, by certified or registered mail, a notice of final denial of the claim by the agency.   28 U.S.C. §2401(b).

Undersigned counsel has been informed of these requirements by the United States Attorney's Office, which has indicated that it will move to dismiss the claim for the reasons set forth above unless the claim is voluntarily dismissed.   In light of the fact that less than six months elapsed between the date the United States Postal Service received the claim and the filing of the lawsuit, Plaintiffs Everett hereby voluntarily dismiss their pending lawsuit, without prejudice, for the purpose of allowing the United States Postal Service the statutory time allowed to make a determination on their claim.

Plaintiffs certify that an Answer was not filed in this matter and, thus, this notice is appropriate under the applicable rule.

RESPECTFULLY SUBMITTED this 19th day of May, 2011.

THE HERZOG LAW FIRM, P.C.

By /s/Michael Herzog
Michael Herzog
14350 N. 87th Street, Suite 180
Scottsdale, Arizona   85260
*Attorneys for Plaintiffs*

ORIGINAL of the foregoing electronically
filed this 19th day of May, 2011, with:

Clerk of the Court

COPY of the foregoing mailed
this 19th day of May, 2011, to:

Stuart Goldstein, Esq.
LAW OFFICE OF STUART GOLDSTEIN
2700 North Third Street, Suite 2010
Phoenix, Arizona   85004
*Attorneys for Plaintiff*

By /s/Lisa White